UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREA MIYAHIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VITACOST.COM, INC., IRA P. KERKER, RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA, and ROBERT G. TRAPP,<br><br>Defendants. | 9:10-cv-80644 (KLR) |

## JOINT MOTION OF PLAINTIFF AND DEFENDANTS
## TO ENTER SCHEDULING ORDER

Plaintiff and the Defendants in this case ("Movants") jointly move to enter a scheduling order. This case is a securities class action governed by the Private Securities Litigation Reform Act of 1995 ("Reform Act"). Under the Reform Act, any motion to appoint a member or members of the class as lead plaintiff(s) must be filed within 60 days after the publication of notice first announcing the filing of the class-action suit. 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). The Reform Act provides that the class member(s) appointed as lead plaintiff(s) selects counsel for the class, subject to Court approval. 15 U.S.C. § 78u-4(a)(3)(B)(v). Thus, it is appropriate to hold the scheduling conference

1

after class counsel has been approved by the Court so that the approved class counsel can participate at the hearing.

In the interest of judicial economy and to permit compliance with the lead plaintiff provisions of the Reform Act, the parties request that the Court enter a Scheduling Order as set forth below.

## MEMORANDUM OF LAW

### A. *The Reform Act Procedures*

The Reform Act, which is applicable to securities fraud class actions such as this one, contains specific procedures that govern the pretrial stages of the case. The Reform Act's lead plaintiff provisions require any plaintiff seeking to be appointed as lead plaintiff to file a motion within 60 days of the filing of notice of the first class action. 15 U.S.C. § 78u4(a)(3)(A)(i) and 15 U.S.C. § 77z-1(a)(3)(A)(i). The Reform Act requires the appointment of a lead plaintiff and lead counsel within 90 days of notice to the public of a purported plaintiff class, or as soon as practicable after the court consolidates multiple actions involving substantially the same claim. 15 U.S.C. § 78 u-4(a)(3)(B)(i) and (ii) and 15 U.S.C. § 77z1(a)(3)(B)(i) and (ii).

After appointment, courts typically require the lead plaintiff to file a consolidated or amended complaint to avoid duplicative and disorderly pleading. *See, e.g., In re Quintus Sec. Litig.*, 148 F. Supp. 2d 967 (N.D. Cal.

2001) (requiring lead plaintiff to file a consolidated amended complaint within 60 days of the appointment of lead plaintiff); *Weltz v. Lee,* 199 F.R.D. 129 (S.D.N.Y. 2001) (requiring lead plaintiff to file a consolidated amended complaint within 30 days of the appointment of lead plaintiff); *Tive v. Novastar Fin. Inc.,* No. 04-0330-CV-2-OLD, 2004 WL 1895180 (W.D. Mo. Aug. 23, 2004) (requiring lead plaintiff to file a consolidated complaint after the appointment of lead plaintiff).

Consistent with the Reform Act, Plaintiff anticipates filing an Amended Complaint after the appointment of lead plaintiff and Lead Counsel. Accordingly, Defendants have not yet served a response to Plaintiff's original complaint. Rather, to streamline the procedure for the Court and for the parties, counsel have agreed to the following schedules set forth below.

The parties have also agreed that the time for Plaintiff to move for class certification should be extended until further order of the Court.

The parties further agree that all discovery, including the disclosure obligations of Federal Rule of Civil Procedure 26(a)(1) and the Conference Report and Scheduling Order should be stayed pursuant to the Reform Act. *See* 15 U.S.C. § 78U-4(b)(3)(B) and 15 U.S.C. § 77z-1(b)(1). However, consistent with the obligations under the Reform Act, Defendants agree to

preserve any documents and any other evidence relevant to the action. *See* 15 U.S.C. § 78u-4(b)(3)(C) and 15 U.S.C. § 77z-1(b)(1).

Accordingly, the parties request that:

1) any subsequently filed cases raising the same or similar issues against all or some of the Defendants be automatically consolidated with this case and assigned this caption;

2) the Court enter an order allowing out-of-state counsel to appear and participate in this case, if they have met the requirements of S.D. Fla. L.R. 4B;

3) the Court vacate all scheduling conferences set in the case ;

4) an amended complaint be filed within 60 days after any lead plaintiff(s) and lead-counsel motion(s) are decided;

5) the Defendants, having hereby agreed to waive service of process, be required to move, answer or otherwise plead only as to the amended complaint, with their response(s) thereto being due 45 days after its service upon them;

6) if Defendants choose to file a motion to dismiss the consolidated amended complaint, any opposition to that motion shall be due 45 days after the motion's filing; and

7) Defendants be granted leave to file a reply no later than 30 days thereafter.

A proposed Order is attached.

As required by Local Rule 7.1(A)(3), undersigned counsel have conferred with each other and agreed to file this motion jointly.

WHEREFORE, Plaintiff and Defendants respectfully request that their Joint Motion for Entry of a Scheduling Order be granted.

Dated: July 13, 2010                    Respectfully submitted,

                                                      *s/ Joseph C. Coates, III*
Joseph C. Coates, III (Fla. Bar No. 772860)
E-Mail: coatesj@gtlaw.com
John D. Perry (Fla. Bar No. 0639680)
E-Mail: perryjd@gtlaw.com
**GREENBERG TRAURIG, P.A.**
777 South Flagler Drive
Suite 300 East
West Palm Beach, FL 33401
Telephone:  561.650.7900
Facsimile:  561.655.6222

*ATTORNEYS FOR DEFENDANTS VITACOST.COM, INC., IRA P. KERKER, RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA, AND ROBERT G. TRAPP*

*/s/ Lester R. Hooker / by KMR*
Maya Saxena (Fla. Bar No. 0095494)
E-Mail: *msaxena@saxenawhite.com*
Joseph E. White III (Fla. Bar No. 0621064)
E-Mail: *jwhite@saxenawhite.com*
Christopher S. Jones (Fla. Bar No. 00306230)
E-Mail: *cjones@saxenawhite.com*
Lester R. Hooker (Fla. Bar No. 0032242)
E-Mail: *lhooker@saxenawhite.com*
**SAXENA WHITE P.A.**
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: 561.394.3399
Facsimile: 561.394.3082

*/s/ Katharine M. Ryan*
Katharine M. Ryan
Richard A. Maniskas
**RYAN & MANISKAS, LLP**
995 Old Eagle School Road, Ste. 311
Wayne, PA 19087
Telephone: 484.588.5516
Facsimile: 484.450.2582

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I sent by email the foregoing document and the notice of electronic filing to all non-CM/ECF participants.

<i>s/ Joseph C. Coates, III</i>