UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREA MIYAHIRA, Individually and On Behalf of All Others Similarly Situated, </br></br>     Plaintiff, </br></br> vs. </br></br> VITACOST.COM, INC., IRA P. KERKER, RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA, and ROBERT G. TRAPP, </br></br>     Defendants. | ) CASE NO. 9:10-cv-80644 (KLR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) JURY TRIAL DEMANDED |

## ORDER APPROVING CRAIG LAUB AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL

Having considered the motion of Craig Laub ("Laub") to: (1) appoint Laub as Lead Plaintiff in the above-captioned action, and (2) appoint Saxena White P.A.("Saxena White") as Plaintiff's Lead Counsel, and all papers and arguments submitted in support or opposition to the same, as well as all other documents on file with the Court, and good cause appearing therefor:

**IT IS ORDERED AS FOLLOWS:**

    1.    Craig Laub is hereby appointed as Lead Plaintiff.

    2.    Saxena White is hereby appointed as Plaintiff's Lead Counsel.

    3.    Plaintiff's Lead Counsel shall have the authority to speak for all Plaintiffs in all matters and make decisions relating to the current action, including but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a

1

manner as to facilitate the orderly and efficient prosecution of this litigation. Additionally, Plaintiff's Lead Counsel shall have the following responsibilities:

    a. to brief and argue motions;

    b. to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions and requests for the production of documents; and to direct and coordinate the examination of witnesses in deposition;

    c. to act as spokesperson at pretrial conferences;

    d. to initiate and conduct any settlement negotiations with counsel for defendants;

    e. to consult with and employ experts;

    f. to perform such other duties as may be expressly authorized by further order of this Court.

5. If any subsequent unrelated securities action is filed with this Court or transferred to this Court, this Order shall apply to that action, unless a party objecting to any provision of this Order files, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

IT IS SO ORDERED.

DATED: _____

                                      _____
                                      THE HONORABLE KENNETH L. RYSKAMP
                                      UNITED STATES DISTRICT COURT JUDGE