# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 9:10-Civ-80644-RYSKAMP

| | |
|---|---|
| ANDREA MIYAHIRA, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| VITACOST.COM, INC., IRA P. KERKER, RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA and ROBERT G. TRAPP, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

### [PROPOSED] ORDER ON MOTION OF THE CASON FAMILY TRUST AND THE CASON FAMILY LTD PARTNERSHIP FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

Having considered the Motion of the Cason Family Trust and the Cason Family LTD Partnership for Appointment (collectively, the "Cason Family Investments") for Appointment as Lead Plaintiffs and Approval of Selection of Co-Lead Counsel, the memorandum of law in support thereof, and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Cason Family Investments are hereby appointed Lead Plaintiffs for the Class pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934; and

3. The law firms of Robbins Geller Rudman & Dowd LLP and Dyer & Berens LLP are appointed Co-Lead Counsel for the class.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE KENNETH L. RYSKAMP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: all counsel of record