UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:10-Civ-80644-RYSKAMP

| | |
|---|---|
| ANDREA MIYAHIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>VITACOST.COM, INC., IRA P. KERKER, RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA and ROBERT G. TRAPP,<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DOUGLAS WILENS IN SUPPORT OF
MOTION OF THE CASON FAMILY TRUST AND THE CASON FAMILY LTD
PARTNERSHIP FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF
<u>SELECTION OF CO-LEAD COUNSEL</u>**

Douglas Wilens declares, under penalty of perjury:

1. I am a member of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), proposed Co-Lead Counsel for the Cason Family Trust and the Cason Family LTD Partnership (collectively, the "Cason Family Investments"). I submit this Declaration in support of the Motion of the Cason Family Investments for Appointment as Lead Plaintiffs and Approval of Selection of Co-Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of this action, which was published on *BusinessWire* on May 24, 2010.

2

3.     Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Cason Family Investments at approximately $8,000 in connection with their purchases of Vitacost.com, Inc. securities.

4.     Attached hereto as Exhibit C is the certification of the Cason Family Investments stating, *inter alia*, that they are willing to serve as the representative parties on behalf of the Class.

5.     Attached hereto as Exhibit D is a true copy of the firm resume of Robbins Geller, proposed Co-Lead Counsel for the Cason Family Investments.

6.     Attached hereto as Exhibit E is a true copy of the firm resume of Dyer & Berens LLP, proposed Co-Lead Counsel for the Cason Family Investments.

DATED: July 23, 2010

                                                          s/ Douglas Wilens
                                                  DOUGLAS WILENS

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                            s/ Douglas Wilens
                                            DOUGLAS WILENS