# EXHIBIT C

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Plaintiffs Cason Family Trust and Cason Family LTD Partnership declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiffs have reviewed the complaint, adopt its allegations and authorize the filing of a similar complaint. Mr. William A. Cason affirms that he has the power and authority to enter into and execute this Certification on behalf of the Cason Family Trust and the Cason Family LTD Partnership.

2. Plaintiffs did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this lawsuit.

3. Plaintiffs are willing to serve as representative parties on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiffs' purchases, acquisitions and sales of Vitacost.com, Inc. common stock during the class period specified in the complaint are as follows:

Cason Family Trust:

9/23/09    Bought 2,000 shares @ $12.00/share, pursuant to Vitacost.com, Inc.'s IPO

Cason Family LTD Partnership:

9/23/09    Bought 1,000 shares @ $12.00/share, pursuant to Vitacost.com, Inc.'s IPO

5. During the three years prior to the date of this certificate, Plaintiffs have sought to serve or served as representative parties for a class in the following actions under the federal securities laws:  none

6. Plaintiffs will not accept any payment for serving as representative parties on behalf of the class beyond their *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

We declare under penalty of perjury that the foregoing is true and correct. Executed on: July __16__, 2010.

_____
Cason Family Trust, by William A. Cason

_____
Cason Family LTD Partnership, by William A. Cason