UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:10-Civ-80644-RYSKAMP

| | |
|---|---|
| ANDREA MIYAHIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> VITACOST.COM, INC., IRA P. KERKER, RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA and ROBERT G. TRAPP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DECLARATION OF DOUGLAS WILENS IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFFS**

Douglas Wilens declares, under penalty of perjury:

1. I am a member of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), proposed Co-Lead Counsel for the Cason Family Trust and the Cason Family LTD Partnership (collectively, the "Cason Family Investments"). I submit this Declaration in opposition to the competing motions for appointment of lead plaintiffs filed by Montgomery County Employees' Retirement Fund ("Montgomery County") and Craig Laub.

2. Attached hereto as Exhibit A is a true and accurate copy of the memorandum of law filed by counsel for Montgomery County on behalf of other clients in a case entitled *In re Superior Offshore Int'l, Inc. Sec. Litig.*, No. 08-cv-687 (S.D. Tex.).

3. Attached hereto as Exhibit B is a true and accurate copy of a certification and loss chart filed by counsel for Montgomery County on behalf of other clients in a case entitled *In re Superior Offshore Int'l, Inc. Sec. Litig.*, No. 08-cv-687 (S.D. Tex.).

4. Attached hereto as Exhibit C is the daily stock price chart of Vitacost.com, Inc. during the period from February 1, 2010 through April 21, 2010.

5. Attached hereto as Exhibit D is a true copy of a chart showing Montgomery County's correctly calculated losses under Section 10(b) of the Securities Exchange Act of 1934.

6. Attached hereto as Exhibit E is a true copy of a chart showing Montgomery County's correctly calculated losses under Section 11 of the Securities Act of 1933.

DATED: August 9, 2010



s/ Douglas Wilens
DOUGLAS WILENS

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                              s/ Douglas Wilens
                                              DOUGLAS WILENS