# EXHIBIT D

*Miyahira v. Vitacost.com, et al., Case No. 9:10-CIV-80644-RYSKAMP* (S.D. Fla.)

## Section 10(b) Losses Applying LIFO (Last-In/First-Out) Matching of Transactions

<u>Purchases from Last to First</u>                                   <u>LIFO Matching of Sales</u>

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | CP Shares Sold/Held | Share Price | Total Proceeds | Total Loss/Gain |
|------|------|------------------|-------------|------------|------|---------------------|-------------|----------------|-----------------|
| Montgomery County | 1/11/2010 | 527.00 | 10.80 | $ 5,691.60 | 3/10/2010 | 527.00 | 11.52 | 6,071.04 | |
| Montgomery County | 1/8/2010 | 324.00 | 10.66 | 3,453.84 | 3/10/2010 | 324.00 | 11.52 | 3,732.48 | |
| Montgomery County | 1/7/2010 | 341.00 | 10.53 | 3,590.73 | 3/10/2010 | 341.00 | 11.52 | 3,928.32 | |
| Montgomery County | 1/6/2010 | 20.00 | 10.60 | 212.00 | 3/10/2010 | 20.00 | 11.52 | 230.40 | |
| Montgomery County | 12/30/2009 | 246.00 | 10.08 | 2,479.68 | 3/10/2010 | 232.00 | 11.52 | 2,672.64 | |
| Montgomery County | | | | | 3/10/2010 | 14.00 | 11.37 | 159.18 | |
| Montgomery County | 12/29/2009 | 17.00 | 10.05 | 170.85 | 3/10/2010 | 17.00 | 11.37 | 193.29 | |
| Montgomery County | 12/24/2009 | 116.00 | 10.04 | 1,164.64 | 3/10/2010 | 116.00 | 11.37 | 1,318.92 | |
| Montgomery County | 12/23/2009 (a) | 294.00 | 10.03 | 2,948.82 | 3/10/2010 | 194.00 | 11.37 | 2,205.78 | |
| Montgomery County | | | | | 3/11/2010 | 100.00 | 11.25 | 1,125.00 | $ 1,924.89 |
| Montgomery County | 12/23/2009 (a) | 51.00 | 10.03 | 511.53 | 4/21/2010 (b) | 51.00 | 9.54 | 486.54 | |
| Montgomery County | 11/9/2009 | 225.00 | 8.60 | 1,935.00 | 4/21/2010 (b) | 225.00 | 9.54 | 2,146.50 | |
| Montgomery County | 10/27/2009 | 240.00 | 10.69 | 2,565.60 | 4/21/2010 (b) | 240.00 | 9.54 | 2,289.60 | |
| Montgomery County | 10/26/2009 | 143.00 | 10.49 | 1,500.07 | 4/21/2010 (b) | 143.00 | 9.54 | 1,364.22 | |
| Montgomery County | 10/23/2009 | 527.00 | 10.72 | 5,649.44 | 4/21/2010 (b) | 527.00 | 9.54 | 5,027.58 | |
| Montgomery County | 10/16/2009 (a) | 4.00 | 10.83 | 43.32 | 4/21/2010 (b) | 4.00 | 9.54 | 38.16 | |
| Montgomery County | 10/16/2009 (a) | 506.00 | 10.83 | 5,479.98 | Held (c) | 506.00 | 9.34 | 4,726.04 | |
| Montgomery County | 10/12/2009 | 200.00 | 10.77 | 2,154.00 | Held (c) | 200.00 | 9.34 | 1,868.00 | |
| Montgomery County | 10/9/2009 | 630.00 | 10.82 | 6,816.60 | Held (c) | 630.00 | 9.34 | 5,884.20 | |
| Montgomery County | 9/24/2009 | 242.00 | 11.63 | 2,814.46 | Held (c) | 242.00 | 9.34 | 2,260.28 | |
| Montgomery County | 9/24/2009 | 242.00 | 11.45 | 2,770.90 | Held (c) | 242.00 | 9.34 | 2,260.28 | |
| Montgomery County | 9/23/2009 | 2,046.00 | 12.00 | 24,552.00 | Held (c) | 2,046.00 | 9.34 | 19,109.64 | $ (9,331.86) |
| **Total** | | **6,941.00** | | **76,505.06** | | **6,941.00** | | **69,098.09** | $ (7,406.97) |

\* Highlighted transactions were omitted by Montgomery Couty in its loss calculations.

(a)  Transaction split by Montgomery County in loss calculation.

(b)  Statutory damage limitation (15 U.S.C. §78u-4(e)) utilizes closing price on date of sale for lookback -- here, $9.54 divided by 1 day = $9.54/share.

(c)  Mean trading price was $9.34/share as of July 19, 2010.