UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.10-80644-CIV-RYSKAMP/VITUNAC

ANDREA MIYAHIRA, Individually and On
Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

VITACOST.COM, INC., IRA P. KERKER,
RICHARD P. SMITH, STEWART GITLER,
ALLEN S. JOSEPHS, DAVID N. ILFELD,
LAWRENCE A. PABST, ERAN EZRA and
ROBERT G. TRAPP,

    Defendants.
_____/

## ORDER GRANTING MOTION TO ENTER SCHEDULING ORDER

THIS CAUSE comes before the Court pursuant to the Joint Motion to Enter Scheduling Order, filed July 13, 2010 **[DE 5]**.  It is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.

- An amended complaint shall be filed within 60 days after any lead plaintiff(s) and lead-counsel motion(s) are decided;

- Defendants, having agreed to waive service of process, are required to move, answer or otherwise plead only as to the amended complaint, with their response(s) thereto being due 45 days after its service upon them;

- If Defendants choose to file a motion to dismiss the consolidated amended complaint, any opposition to that motion shall be due 45 days after the motion's filing; and

- Defendants are granted leave to file a reply no later than 30 days thereafter.

- The parties shall notify the Court of any subsequently filed cases raising the same or similar issues against all or some of the Defendants to enable the Court to take

2

appropriate action thereon, including transfer and consolidation.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 10th day of August, 2010.

<u>S/Kenneth L. Ryskamp</u>
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE