## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREA MIYAHIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>VITACOST.COM, INC., IRA P. KERKER, RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA, ROBERT G. TRAPP, JEFFERIES & CO., INC., OPPENHEIMER & CO., INC., NEEDHAM & CO, LLC, ROTH CAPITAL PARTNERS, LLC and MCGLADREY & PULLEN, LLP,<br><br>        Defendants. | 9:10-CV-80644 (KLR) |

### AGREED MOTION TO EXTEND TIME FOR DEFENDANT MCGLADREY & PULLEN, LLP TO RESPOND TO THE AMENDED COMPLAINT

McGladrey & Pullen, LLP hereby moves to extend the deadline to respond to the Consolidated Amended Class Action Complaint (the "Amended Complaint").

Lead Plaintiffs Montgomery County Employees' Retirement Fund and Richard G. Bauman and Defendants Vitacost.com, Ira P. Kerker, Richard P. Smith, Stewart Gitler, Allen S. Josephs, David N. Ilfeld, Lawrence A. Pabst, Eran Ezra, Robert G. Trapp and the Underwriter Defendants (Jefferies & Co., Inc.; Oppenheimer & Co., Inc.; Needham & Co, LLC; and Roth Capital Partners, LLC) have consented to the motion.

In support of its motion, McGladrey & Pullen, LLP states as follows:

1.      On August 10, 2010, this Court entered a scheduling order requiring defendants Defendants Vitacost.com, Ira P. Kerker, Richard P. Smith, Stewart Gitler, Allen S. Josephs,

1

David N. Ilfeld, Lawrence A. Pabst, Eran Ezra, Robert G. Trapp to respond to Lead Plaintiffs Amended Complaint 45 days after it was served.  [D.E. 25].

      2.      Lead Plaintiffs filed the Amended Complaint on February 15, 2011.  [D.E. 39].

      3.      Under the August 10, 2010 scheduling order, the response of defendants (other than McGladrey Pullen LLP) to the Amended Complaint was due on **April 1, 2011**.

      4.      Defendant McGladrey & Pullen, LLP was served with a Summons and Amended Complaint on March 1, 2011 [D.E. 44].  To the extent applicable, under the Court's August 10, 2010 Order, a response would be due **April 15, 2011**.

      5.      On March 14, 2011, the Underwriter Defendants (Jefferies & Co., Inc.; Oppenheimer & Co., Inc.; Needham & Co, LLC; and Roth Capital Partners, LLC) moved for and the Court granted their unopposed motion to extend their deadline to respond to the Amended Complaint until **April 28, 2011**.  [D.E. 49 & 50].

      6.      On March 21, 2011, the Court granted Defendants Vitacost.com, Ira P. Kerker, Richard P. Smith, Stewart Gitler, Allen S. Josephs, David N. Ilfeld, Lawrence A. Pabst, Eran Ezra, Robert G. Trapp's unopposed motion to extend their deadline to respond to the Amended Complaint until **April 28, 2011**.  [D.E. 53 & 54].

      7.      McGladrey & Pullen, LLP respectfully requests that the Court extend its deadline to file its response to the Amended Complaint until **April 28, 2011**.  This would provide uniformity in the briefing schedule for the motions to dismiss.

      8.      This motion is made in good faith and not for purposes of delay.

      9.      Granting the relief requested will not prejudice any party.

      A proposed Order is attached.

SQUIRE, SANDERS & DEMPSEY L.L.P.

## <u>Local Rule 7.1(A)(3) Certification</u>

I hereby certify that counsel have conferred with each other regarding the contents of this motion and all parties consent to this motion.

WHEREFORE, McGladrey & Pullen, LLP respectfully requests that the Court grant its Agreed Motion to Extend Time for Defendant McGladrey & Pullen, LLP to Respond to the Amended Complaint and enter an order extending the deadline to file its response to the Amended Complaint until April 28, 2011.

Dated:  March 23, 2011

Respectfully submitted,

*Alvin B. Davis*
Alvin B. Davis
SQUIRE SANDERS
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
T: +1.305.577.2835
Email: alvin.davis@ssd.com

*Attorney for Defendant McGladrey Pullen, LLP*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Alvin B. Davis*
Alvin B. Davis

4

SERVICE LIST
Miyahira v. Vitacost.com
Case No. 9:10-CV-80644 (KLR)
United States District Court, Southern District of Florida


Christopher Steven Jones    *cjones@saxenawhite.com, e-file@saxenawhite.com*
Douglas Scott Wilens    *dwilens@rgrdlaw.com, e_file_fl@rgrdlaw.com*
Joseph E. White , III    *jwhite@saxenawhite.com, e-file@saxenawhite.com*
Julie Prag Vianale    *jvianale@vianalelaw.com, kvianale@vianalelaw.com,*
*pwolner@vianalelaw.com*
Kim E. Miller    *kim.miller@ksfcounsel.com*
Kimberly M. Donaldson    *kmd@chimicles.com*
Lester Rene Hooker    *lhooker@saxenawhite.com, e-file@saxenawhite.com*
Lewis Kahn    *lewis.kahn@ksfcounsel.com*
Maya Susan Saxena    *msaxena@saxenawhite.com, e-file@saxenawhite.com*

**Attorneys for Plaintiffs**
*Via transmission of Notices of Electronic Filing generated by CM/ECF*


Jack A. Wilson    *jwilson@bsfllp.com*
Robin A. Henry    *rhenry@bsfllp.com*
Sigrid Stone McCawley    *smccawley@bsfllp.com, etorres@bsfllp.com, jcatania@bsfllp.com,*
*mcalvin@bsfllp.com, sperkins@bsfllp.com*

**Attorneys for Defendant Ira P. Kerker**
*Via transmission of Notices of Electronic Filing generated by CM/ECF*


Timothy N. Mathews    *tnm@chimicles.com*
Tracy Ann Nichols    *tracy.nichols@hklaw.com, brenda.scott@hklaw.com*
Mara Aronson Geronemus    *mara.geronemus@hklaw.com, angel.barber@hklaw.com*
Tiffani Gay Lee *tiffani.lee@hklaw.com, mireya.rodriguez@hklaw.com*

**Attorneys for Defendants Jefferies & Co., Inc., Oppenheimer & Co., Inc., Needham & Co,
LLC, Roth Capital Partners, LLC and McGladrey & Pullen, LLP**
*Via transmission of Notices of Electronic Filing generated by CM/ECF*