UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| ANDREA MIYAHIRA, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) CASE NO 9:10-80644-CIV<br>) RYSKAMP / VITUNAC |
| vs. | )<br>) |
| VITACOST.COM, INC., IRA P. KERKER, RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA, ROBERT G. TRAPP, JEFFERIES & CO., INC., OPPENHEIMER & CO., INC., NEEDHAM & CO, LLC, ROTH CAPITAL PARTNERS, LLC and MCGLADREY & PULLEN, LLP, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS VITACOST.COM, IRA P. KERKER, RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA, AND ROBERT G. TRAPP'S UNOPPOSED MOTION TO EXTEND THE PAGE LIMIT FOR THEIR MOTION TO DISMISS**

The above-titled Defendants respectfully move for permission to file a Motion to Dismiss in excess of the 20 page limit set by Local Rule 7.1(c)(2). Defendants request permission to file a Motion to Dismiss of up to 35 pages plus exhibits (an additional 15 pages). The additional pages are necessary to fully respond to Lead Plaintiffs' 105 page Consolidated Class Action Complaint (Docket Index No. 39) and apprise the Court of all the matters raised by the Motion. Defendants are making every effort to keep their brief as succinct as possible, but their motion involves complex substantive issues and addresses whether the Lead Plaintiffs' allegations meet the heightened requirements under the Private Securities Litigation Reform Act. The additional pages will insure a thorough and efficient vetting of those issues. Lead Plaintiffs and Defendants

1

Jefferies & Co. Inc., Oppenheimer & Co., Inc., Needham & Co, LLC, Roth Capital Partners, LLC, and McGladrey & Pullen, LLP do not oppose the relief requested.

Dated: April 21, 2011

Respectfully submitted,

*/s/ Joseph C. Coates, III*
Joseph C. Coates, III   FL Bar ID #: 772860
*coatesj@gtlaw.com*
GREENBERG TRAURIG, P.A.
777 South Flagler Dr., Suite 300 East
West Palm Beach FL 33401
Tel: 561.650.7900
Fax: 561.655.6222

Paul R. Bessette (*admitted pro hac vice*)
bessettep@gtlaw.com
Michael J. Biles (*admitted pro hac vice*)
bilesm@gtlaw.com
Royale Price (*admitted pro hac vice*)
pricer@gtlaw.com
Sandra D. Gonzalez (*admitted pro hac vice*)
gonzalezsd@gtlaw.com
GREENBERG TRAURIG, LLP
300 West Sixth, Suite 2050
Austin, TX 78701
Tel: 512.320.7200
Fax: 512.320.7210

ATTORNEYS FOR DEFENDANTS VITACOST.COM, INC., RICHARD P. SMITH, STEWART GITLER, ALLEN S. JOSEPHS, DAVID N. ILFELD, LAWRENCE A. PABST, ERAN EZRA, AND ROBERT G. TRAPP


*/s/ Sigrid S. McCawley*
Sigrid S. McCawley (FL Bar No. 129305)
*smccawley@bsfllp.com*
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: 954.56.0011
Fax: 954.356.0022

Robin A. Henry (*admitted pro hac vice*)
Jack Wilson (*admitted pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: 914.749.8200
Fax: 914.749.8300

ATTORNEYS FOR DEFENDANT IRA P. KERKER

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Joseph C. Coates, III*

SERVICE LIST
Miyahira v. Vitacost.com - Case No. 9:10-CV-80644 (KLR)
United States District Court, Southern District of Florida

Christopher Steven Jones   cjones@saxenawhite.com, e-file@saxenawhite.com
Douglas Scott Wilens   dwilens@rgrdlaw.com, e_file_fl@rgrdlaw.com
Joseph E. White , III   jwhite@saxenawhite.com, e-file@saxenawhite.com
Julie Prag Vianale   jvianale@vianalelaw.com, kvianale@vianalelaw.com, pwolner@vianalelaw.com
Kim E. Miller   kim.miller@ksfcounsel.com
Kimberly M. Donaldson   kmd@chimicles.com
Timothy N. Mathews   tnm@chimicles.com
Lester Rene Hooker   lhooker@saxenawhite.com, e-file@saxenawhite.com
Lewis Kahn   lewis.kahn@ksfcounsel.com
Maya Susan Saxena   msaxena@saxenawhite.com, e-file@saxenawhite.com

**Attorneys for Plaintiffs**
*Via transmission of Notices of Electronic Filing generated by CM/ECF*

Jack A. Wilson   jwilson@bsfllp.com
Robin A. Henry   rhenry@bsfllp.com
Sigrid Stone McCawley   smccawley@bsfllp.com, etorres@bsfllp.com, jcatania@bsfllp.com, mcalvin@bsfllp.com, sperkins@bsfllp.com

**Attorneys for Defendant Ira P. Kerker**
*Via transmission of Notices of Electronic Filing generated by CM/ECF*

Mara Aronson Geronemus   mara.geronemus@hklaw.com, angel.barber@hklaw.com
Tiffani G. Lee   tiffani.lee@hklaw.com
Tracy Ann Nichols   tracy.nichols@hklaw.com, brenda.scott@hklaw.com

**Attorneys for Defendants Jefferies & Co., Inc., Oppenheimer & Co., Inc., Needham & Co, LLC, and Roth Capital Partners, LLC**
*Via transmission of Notices of Electronic Filing generated by CM/ECF*

Thomas H.L. Selby
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
tselby@wc.com

C. Philip Curley
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Dr., Suite 1700
Chicago, Illinois  60606
pcurley@robinsoncurley.com

Alvin B. Davis
Squire Sanders & Dempsey LLP
200 South Biscayne Blvd., Ste. 4100
Miami, FL 33131
alvin.davis@ssd.com

**Attorneys for Defendant McGladrey & Pullen, LLP**
Via U.S. Mail