**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 10-80644-CIV-RYSKAMP/VITUNAC

ANDREA MIYAHIRA, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

VITACOST.COM, INC.; IRA P. KERKER; RICHARD P. SMITH; ALLEN S. JOSEPHS; LAWRENCE A. PABST; ROBERT G. TRAPP; JEFFERIES & CO., INC.; OPPENHEIMER & CO., INC.; NEEDHAM & CO, LLC and ROTH CAPITAL PARTNERS, LLC;

Defendants.
____________________________________/

**ORDER OF FINAL JUDGMENT AND ORDER CLOSING CASE**

THE COURT, being fully advised and having considered the pertinent portions of the record, hereby

ORDERS AND ADJUDGES at FINAL JUDGMENT IS HEREBY ENTERED against Plaintiff Andrea Miyahira and in favor of Defendants Vitacost.com, Ira P. Kerker, Richard P. Smith, Allen S. Josephs, Lawrence A. Pabst, Robert G. Trapp, Jefferies & Co., Inc., Oppenheimer & Co., Inc., Needham & Co., LLC and Roth Capital Partners, LLC. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 25th day of June, 2012.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE